UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| Case No. | SACV 16-00934-CJC (Ex) | Date | December 13, 2016 |
|---|---|---|---|
| Title | Paul Sapan et al v. Student Loan Consolidation Center, LLC et al. | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on May 20, 2016. (Dkt. 1.) On October 28, 2016, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before November 2, 2016 why this action should not be dismissed for lack of prosecution for failure to file a joint report pursuant to Federal Rule of Civil Procedure 26. (Dkt. 21.) Plaintiff thereafter filed a motion for default judgment, (Dkt. 22), which was insufficient to discharge the Order to Show Cause. On November 28, 2016, the Court issued a Minute Order denying the motion for default judgment and extending the deadline to respond to the Order to Show Cause to December 12, 2016. (Dkt. 23.) Plaintiff has failed to respond to the Court's Order. Therefore, the Court ORDERS that this action is dismissed without prejudice for failure to comply with the Orders of the Court.

The Court further orders the Order to Show Cause [21] issued on October 28, 2016 discharged.

-    :    -

Initials of Deputy Clerk    mku

cc: